UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARLENE FRICCHIONE AND DAGMAR HOFF-DAVIS,<br><br>          Plaintiffs,<br><br>     v.<br><br>AIRBUS AMERICAS, INC. AND AIRBUS S.A.S.,<br><br>          Defendants. | Civil Action No. 1:26-cv-00671(PAE) |

### LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN THE APPOINTMENT OF A COMMISSIONER AND DATA PRIVACY MONITOR PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE <u>TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS</u>

A request is hereby made by the United Stated District Court for the Southern District of New York, at 40 Foley Square, New York, New York 10007-1312, UNITED STATES OF AMERICA, to the Ministère de la Justice, Direction des Affaires Civiles et du Sceau, département de l'entraide, du droit international privé et européen (DEDIPE), 13, Place Vendôme, 75042 Paris Cedex 01, FRANCE, for assistance in obtaining document and information discovery from Airbus S.A.S., a defendant in the above-captioned civil action. This request is made pursuant to Chapter II of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Evidence Convention").

| | | |
|---|---|---|
| 1. | Sender | The Honorable Paul A. Engelmayer<br>United States District Judge<br>United States District Court<br>Southern District of New York<br>40 Foley Square<br>New York, NY 10007-1312<br>UNITED STATES OF AMERICA |
| 2. | Central Authority of the Requested State | Ministère de la Justice<br>Département de l'entraide, du droit international privé et européen<br>13, Place Vendôme<br>75042 Paris Cedex 01<br>FRANCE |
| 3. | Person to Whom the Executed Request is to be Returned | Christopher M. Odell<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>811 Main Street, Suite 1800<br>Houston, TX 77002-2755<br><br>Airbus S.A.S. also designates the appointed Commissioner, Alexander Blumrosen, to accept service of the Hague Evidence Convention authorization and notifications from the French governmental authorities related to the Hague Evidence Convention proceedings on behalf of Airbus S.A.S. The Commissioner shall transmit such authorization and notifications to counsel for Airbus S.A.S. |

In conformity with Chapter II, Article 17 of the Hague Evidence Convention, the United States District Court for the Southern District of New York presents its compliments to the Ministère de la Justice and has the honor to submit the following request:

| 4. | Specification of the date by which the requesting authority requires receipt of the response to the Request for International Judicial Assistance ("Request for Assistance") | The requesting authority would greatly appreciate a response to the Request for Assistance within 21 days or as soon as is practicable. |
|----|----|----|
| 5. | Requesting judicial authority | United States District Court<br>Southern District of New York<br>40 Foley Square<br>New York, NY 10007-1312<br>UNITED STATES OF AMERICA |
| 6. | To the competent authority of | The Republic of France |
| 7. | Name of the case and any identifying number | *Fricchione et al v. Airbus Americas, Inc., et al.*, 1:26-cv-00671(PAE) |
| 8. | Name of Plaintiffs | Darlene Fricchione and Dagmar Hoff-Davis |
| 9. | Names and addresses of Plaintiffs' representatives | Casey J. Olbrantz<br>Carter E. Greenbaum<br>Greenbaum Olbrantz LLP<br>244 Fifth Avenue, Suite C221<br>New York, New York 10001<br>(646) 818-0913<br><br>Steven Hart<br>Stewart Weltman<br>Paige Smith<br>Hart McLaughlin & Eldridge, LLC<br>1 South Dearborn Street, Suite 1400<br>Chicago, Illinois 60603<br>(312) 955-0545<br><br>Warren Burns<br>Matin Barrie<br>Ian Baize<br>Burns Charest LLP |

|  | 900 Jackson Street, Suite 500<br>Dallas, Texas 75202<br>(469) 904-4550 |
|---|---|
| 10. Name of the relevant Defendant | Airbus S.A.S.<br>Registered Office:<br>1, Rond Point Maurice Bellonte<br>31707 Blagnac Cedex<br>France |
| 11. Names and addresses of relevant Defendants' representatives | Christopher M. Odell<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>811 Main Street, Suite 1800<br>Houston, TX 77002-2755<br>(713) 576-2400<br><br>Megan L. Pieper<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., N.W.<br>Washington, DC, 20001<br>(202) 942-5000 |
| 12. Nature and purpose of the proceedings and summary of the facts | Plaintiffs bring claims for personal injuries based on the alleged negligent design and manufacture of the systems used for air pressurization and conditioning on a commercial aircraft. Plaintiffs were flight attendants for United Airlines. Plaintiffs alleges personal injuries and related economic losses they attribute to exposure to a "toxic air event" that allegedly occurred while they were working a certain United Airlines flight on April 11, 2023. Plaintiffs allege Defendants designed, manufactured, and sold the aircraft in use on the flight during which they were allegedly injured.<br><br>Plaintiffs have indicated that they will serve on Defendants their First Requests for Production and Interrogatories. Once these requests are served, Defendant Airbus S.A.S. seeks to voluntarily produce responsive documents and information to the Plaintiffs, subject to any objections they are entitled to make under the relevant rules of civil |

4

|  | procedure and orders of this Court. Because Airbus S.A.S. is incorporated and headquartered in France, the documents and other information responsive to the Plaintiffs' forthcoming discovery requests are located in France. Such documents and information are protected by the French Blocking Statute, and the parties must first utilize the Hague Evidence Convention to obtain the requested documents and information. The District Court therefore requests that Airbus S.A.S. now produce said documents and information through the Commissioner, Alexander Blumrosen, upon obtaining authorization from the French Ministère de la Justice. |
|---|---|
| 13. Evidence to be obtained | The evidence to be obtained consists of documents, electronically-stored information, and other information obtained by Airbus S.A.S. that may be relevant to the claims and defenses in the above-referenced action. Airbus S.A.S. will provide to the Commissioner documents and electronically-stored information for transmission by the Commissioner to counsel for the Plaintiffs and Airbus S.A.S. |
| 14. Documents or other property to be inspected | The documents and information to be provided to the Commissioner for production to the requesting party are documents and information located in France that will be produced in response to the Plaintiffs' forthcoming Interrogatories and Requests for Production of Documents. |
| 15. Whether the Plaintiffs and relevant Defendant have consented to document discovery | The parties have consented to document discovery. |
| 16. Special methods or procedure to be followed | All documents and information will be produced in accordance with the procedures outlined in the Protective Order, entered on the Court's docket in this litigation. The parties reserve all rights to require document |

5

|  | productions to conform with the requirements under the Federal Rules of Civil Procedure. |
|---|---|
| 17. Specification of privilege or duty to refuse to produce documents or information under the law of the State of origin | Neither this Request, nor the transmission of documents or information to the Commissioner, nor any examination of documents or information by the Commissioner, shall constitute or operate as a waiver of any argument, position, objection, allegation, claim, or defense, of any party in the above-captioned action, or of the attorney-client privilege, the work product doctrine, or any other privileges, rights, protections, or prohibitions that may apply to that evidence under the laws of France, the United States, or any State within the United States. |
| 18. Summary of complaint | *See* Exhibit 1, attached hereto and incorporated herewith. |
| 19. Summary of defenses | *See* Exhibit 2, attached hereto and incorporated herewith. |
| 20. Authority appointing Commissioner, pending approval of the Ministère de la Justice | United States District Court Southern District of New York 40 Foley Square New York, NY 10007-1312 UNITED STATES OF AMERICA |
| 21. Commissioner | Alexander Blumrosen Polaris Law 4, avenue Hoche 75008 Paris, France T: +33 1 43 18 02 60 |
| 22. Costs | All costs of the Hague Evidence Convention proceeding, including without limitation the Commissioner's fees, will be borne by Airbus S.A.S., provided each party will be responsible for the fees and expenses, if any, of its own attorneys relating to any Hague Evidence Convention proceedings. |

6

This Court expresses its appreciation to the Ministère de la Justice for its courtesy and assistance in this matter.

Dated:     New York, New York

          May 29, 2026

                                          _Paul A. Engelmayer_

                                          Hon. Paul A. Engelmayer
                                          United States District Judge
                                          United States District Court
                                          Southern District of New York

7